| Columns 1<br>Cause of Action | 2<br>Plaintiff | 3<br>Musical Composition | 4<br>Writers | 5<br>Date of Publication | 6<br>Certificate of Registration Number | 7<br>Renewal | 8<br>Renewal Certificate Date and Number | 9<br>Date of Known Infringement |
|---|---|---|---|---|---|---|---|---|
| 1. | TROUP LONDON MUSIC | ROUTE 66 (A/K/A GET YOUR KICKS ON ROUTE 66) | ROBERT WILLIAM TROUP, JR. (A/K/A BOBBY TROUP) | 4/22/46 | EP 3280 | R. W. TROUP (ROBERT WILLIAM TROUP, JR.), AS, "THE AUTHOR". | 8/20/73<br>R 557562 | 8/17/06 |
| 2. | DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC AND IRA GERSHWIN MUSIC | SUMMERTIME | GEORGE GERSHWIN<br>DU BOSE HEYWARD | 9/28/35 | EP 50655 | IRA GERSHWIN, ARTHUR GERSHWIN AND FRANCES GERSHWIN GODOWSKY, AS "NEXT OF KIN OF THE DECEASED COMPOSER OF THE MUSIC (GEORGE GERSHWIN)"; JENNIFER HEYWARD, AS "THE CHILD OF THE DECEASED AUTHOR OF THE WORDS (DUBOSE HEYWARD)". | 9/28/62<br>R 301749 | 8/17/06 |
| 3. | ALMO MUSIC CORPORATION | WALKING THE DOG | RUFUS THOMAS | 9/6/77 | EP 374339<br>REGISTERED AS UNPUBLISHED<br>9/25/63 EU 791294 | RUFUS THOMAS, AS "AUTHOR". | 2/20/91<br>RE 525-576 | 8/17/06 |
| 4. | JOBETE MUSIC CO., INC. | GIVE IT TO ME BABY | RICK JAMES (A/K/A JAMES AMBROSE JOHNSON, JR.) | 4/7/81 | PA 112-976 | | | 6/29/06 |

SCHEDULE "A"