AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

TROUP LONDON MUSIC, et al.

V.

MALRY, L.P., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06 530S

TO: (Name and address of Defendant)

Malry, L.P.
1481 Wampanoag Trail
East Providence, RI 02915

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Benjamin V. White, Esq.
Catherine A. Shaghalian, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

December 6, 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/12/06 |
| NAME OF SERVER *(PRINT)* Vincent P. Catamero Constable State of R.I. License #6023 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☒ Other (specify): SERVED AT THE OFFICE OF THE CORPORATION WITH SECRETARY JULIE ALLEN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/12/06
Date

Vincent P. Catamero
Signature of Server

Vincent P. Catamero
Constable State of R.I.
License #6023

1408 Atwood Ave. Johnston, RI
Address of Server

x Julie Allen

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.