**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TROUP LONDON MUSIC, DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC, ALMO MUSIC CORPORATION AND JOBETE MUSIC CO., INC.
Plaintiffs

VS. C.A. No. 06-530S

MALRY, L.P. AND LARRY A. FRIEDLANDER
Defendants

**ANSWER OF DEFENDANTS**
**MALRY, L.P. AND LARRY A. FRIEDLANDER**

1. Defendants neither admit nor deny the allegations contained in Paragraph 1, and therefore leave Plaintiffs to their proof.

2. Defendants neither admit nor deny the allegations contained in Paragraph 2, and therefore leave Plaintiffs to their proof.

3. Defendants lack information regarding the allegations contained in Paragraph 3, and therefore leave Plaintiffs to their proof.

4. Admit.

5. Admit.

6. Admit.

7. Defendants neither admit nor deny the allegations contained in Paragraph 7, and therefore leave Plaintiffs to their proof.

8. Defendants neither admit nor deny the allegations contained in Paragraph 8, and therefore leave Plaintiffs to their proof.

9. Defendants neither admit nor deny the allegations contained in Paragraph 9, and therefore leave Plaintiffs to their proof.

10. Defendants neither admit nor deny the allegations contained in Paragraph 10, and therefore leave Plaintiffs to their proof.

11. Defendants neither admit nor deny the allegations contained in Paragraph 11, and therefore leave Plaintiffs to their proof.

12. Denied.

13. Denied.

14. Denied.

15. Defendants neither admit nor deny the allegations contained in Paragraph 15, and therefore leave Plaintiffs to their proof.

16. Denied.

WHEREFORE, Defendants requests that Plaintiffs Complaint be denied and dismissed and that Defendants be awarded appropriate attorney fees and other costs.

Defendants
By their Attorney:

Stephen M. Litwin, Esquire
Bar Code No.: 2974
One Ship Street
Providence, Rhode Island 02903
Tel: (401) 273-5155
Fax: (401) 273-5751

**CERTIFICATION**

I, the undersigned, do hereby certify that I mailed a copy of the Answer by first class mail, postage prepaid to, Benjamin V. White, Esquire, Vetter & White, 20 Washington Place, Providence, Rhode Island, 02903; Catherine A. Shaghalian, Esquire, Vetter & White, 20 Washington Place, Providence, Rhode Island 02903 on the 19th day of January 2007.