UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TROUP LONDON MUSIC, ET AL<br>Plaintiffs, | : | |
| VS. | : | C. A. No: 06 – 530 S |
| MALRY, L.P., ET AL<br>Defendants. | : | |

STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER

The parties to the above-captioned matter hereby agree that the Defendants may have through and including January 19, 2007 to file their answer to the Plaintiff's Complaint, and said answer shall have the same force and effect as if originally timely filed.

Catherine A. Shaghalian
Plaintiffs Attorney,
Catherine A. Shaghalian, Esq. #6883
Benjamin V. White, Esq. #1652
Vetter & White
20 Washington Place
Providence, RI 02903
(401) 421 – 3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Stephen M. Litwin
Defendants Attorney,

Stephen M. Litwin, Esq. #2974
One Ship Street
Providence, RI 02903
(401) 273 – 5155

(401) 273-5751 FAX
attysml@aol.com

January 18, 2007
Date

RECEIVED
... District Court
District of Rhode Island