UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TROUP LONDON MUSIC, DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC, ALMO MUSIC CORPORATION and JOBETE MUSIC CO., INC., Plaintiffs

vs.

MALRY, L.P. and LARRY A. FRIEDLANDER, Defendants

C.A. No. 06-530S

NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30(b)(6), plaintiffs will take the deposition upon oral examination of defendant Malry L.P. on the 2nd day of May, 2007, at 10:00 a.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

Pursuant to F.R.C.P. 30(b)(6), defendant Malry L.P. shall designate one or more officers, directors or managing agents or other persons who consent to testify on its behalf. **The persons so designated shall testify as to matters known or reasonably available to Malry L.P. and the business known as "The Hi-Hat@Davol Square."** The designated person or persons shall be prepared to be examined on and testify to the matters stated in Schedule A attached hereto.

/s/ Catherine A. Shaghalian
Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: March 23, 2007

CERTIFICATE OF SERVICE

To:

Stephen M. Litwin, Esq.
One Ship Street
Providence, RI 02903

I hereby certify that I electronically filed this Notice To Take Deposition on March 23, 2007. The Notice To Take Deposition is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian