# SCHEDULE A

1) Musical compositions performed at the Hi-Hat@Davol Square (the "Hi-Hat"), Three Davol Square, Providence, Rhode Island 02903, on June 29, 2006 and August 17, 2006.

2) The licensing of performing rights in the copyrighted musical compositions performed at the Hi-Hat, including, but not limited to license agreements, correspondence and any other documents received from or sent to ASCAP, Broadcast Music, Inc., SESAC, any copyright owner, any writer or publisher of music, or any individual or organization.

3) The performance of music at the Hi-Hat, including, but not limited to contracts and correspondence with any performers engaged by Defendants to perform at the Hi-Hat in the past two years, including specifically the musicians who performed at the Hi-Hat on June 29, 2006 and August 17, 2006.

4) The ownership, management, control and/or financial affairs of the business known as "the Hi-Hat@Davol Square."

5) All aspects of the entertainment furnished to patrons of the Hi-Hat during the period January 1, 2005 to date.