UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TROUP LONDON MUSIC, DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC, ALMO MUSIC CORPORATION and JOBETE MUSIC CO., INC.,
Plaintiffs

vs.

MALRY, L.P. and LARRY A. FRIEDLANDER,
Defendants

C.A. No. 06-530S

NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, plaintiffs will take the deposition upon oral examination of Larry Friedlander on the 2nd day of May, 2007, at 12:00 p.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. The deposition will be recorded by a stenographer.

Designation of the materials to be produced is attached to this notice as Schedule A.

/s/ Catherine A. Shaghalian
Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: March 23, 2007

CERTIFICATE OF SERVICE

To:

Stephen M. Litwin, Esq.
One Ship Street
Providence, RI 02903

I hereby certify that I electronically filed this Notice To Take Deposition on March 23, 2007. The Notice To Take Deposition is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian