UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TROUP LONDON MUSIC, DUBOSE & DOROTHY HEYWARD MEMORIAL FUND PUBLISHING, GEORGE GERSHWIN MUSIC, IRA GERSHWIN MUSIC, ALMO MUSIC CORPORATION and JOBETE MUSIC CO., INC., Plaintiffs | ) | C.A. No. 06-530S |
| vs. | ) | |
| MALRY, L.P. and LARRY A. FRIEDLANDER, Defendants | ) | |

DISMISSAL STIPULATION

It is hereby stipulated by and between the parties that the above-entitled action is hereby dismissed with prejudice, no costs.

/s/ Catherine A. Shaghalian
Benjamin V. White, No. 1652
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiffs
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bwhite@vetterandwhite.com
cshaghalian@vetterandwhite.com

/s/ Stephen M. Litwin
Stephen M. Litwin, No. 2974
Attorney for Defendants
One Ship Street
Providence, Rhode Island 02903
(401) 273-5155
(401) 273-5751 FAX
attysml@aol.com

Dated: June 14, 2007

# CERTIFICATE OF SERVICE

To:

Stephen M. Litwin, Esq.
One Ship Street
Providence, RI 02903

I hereby certify that I electronically filed this Dismissal Stipulation on June 14, 2007. The Dismissal Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian